CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Gerald K. Kitano
Gkitanolaw@outlook.com
Law Office Of Gerald K Kitano
3435 Wilshire Blvd, Suite 1800
Los Angeles, CA 90010
Telephone: (213)386-1400
Facsimile: (213)386-8811
Attorney for Defendant
Hideo Kawamura and Mikiko Kawamura

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG, | Case No.: 2:18-CV-04678-DMG-GJS |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| HIDEO KAWAMURA, INC., in representative and individual capacity as trustee of the Kawamura Joint Living Trust dated 2/9/2011; MIKIKO KAWAMURA, in representative and individual capacity as trustee of the Kawamura Joint Living Trust dated 2/9/2011; and DOES 1-10, | |
| Defendants. | |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court

1  schedule a Status Conference/OSC Hearing approximately 60 days out at which the

2  Parties, by and through their attorneys of record shall show cause why this case has not

3  been dismissed.

4

5  Dated:                              CENTER FOR DISABILITY ACCESS

6

7                        By: _____ _____
                              Phyl Grace
8                             Attorneys for Plaintiff

9  Dated:                              LAW OFFICE OF GERALD K. KITANO

10

11                       By: _____
                              Gerald K. Kitano
12                            Attorney for Defendants
                              Hideo Kawamura
13                            Mikiko Kawamura

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## SIGNATURE CERTIFICATION

3

4  I hereby certify that the content of this document is acceptable to Gerald K. Kitano,

5  counsel for Hideo Kawamura and Mikiko Kawamura, and that I have obtained Mr.

   Kitano's authorization to affix his electronic signature to this document.

6

7  Dated:                                    CENTER FOR DISABILITY ACCESS

8

9                                            By: _____

10                                                 Phyl Grace
                                                  Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28