CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Gerald K. Kitano
Gkitanolaw@outlook.com
Law Office Of Gerald K Kitano
3435 Wilshire Blvd, Suite 1800
Los Angeles, CA 90010
Telephone: (213)386-1400
Facsimile: (213)386-8811
Attorney for Defendant
Hideo Kawamura and Mikiko Kawamura

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　　　Plaintiff,<br>　　v.<br><br>HIDEO KAWAMURA, INC., in representative and individual capacity as trustee of the Kawamura Joint Living Trust dated 2/9/2011; MIKIKO KAWAMURA, in representative and individual capacity as trustee of the Kawamura Joint Living Trust dated 2/9/2011; and DOES 1-10,<br><br>　　　　Defendants, | Case: 2:18-CV-04678-DMG-GJS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 04, 2018     CENTER FOR DISABILITY ACCESS

                                            By:     /s/ Phyl Grace
                                                       Phyl Grace
                                                       Attorneys for Plaintiff

Dated: October 04, 2018     LAW OFFICE OF GERALD K. KITANO

                                            By:     /s/ Gerald K. Kitano
                                                       Gerald K. Kitano
                                                       Attorney for Defendants
                                                       Hideo Kawamura
                                                       Mikiko Kawamura

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Gerald K. Kitano, counsel for Hideo Kawamura and Mikiko Kawamura, and that I have obtained Mr. Kitano's authorization to affix his electronic signature to this document.

Dated: October 04, 2018        CENTER FOR DISABILITY ACCESS

                              By:   /s/ Phyl Grace
                                    Phyl Grace
                                    Attorneys for Plaintiff